**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1151**

SONIA I. WRIGLESWORTH,

Plaintiff - Appellant,

v.

RYAN D. MCCARTHY, Secretary, U.S. Department of the Army,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, District Judge. (5:18-cv-00339-D)

Submitted: November 17, 2020                    Decided: November 19, 2020

Before MOTZ and KEENAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dennis L. Friedman, Philadelphia, Pennsylvania, for Appellant. Robert J. Higdon, Jr., United States Attorney, Joshua B. Royster, Assistant United States Attorney, Rudy E. Renfer, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sonia I. Wriglesworth appeals the district court's orders granting the Secretary of the Army's motion to dismiss Wriglesworth's amended complaint alleging retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and denying Wriglesworth's Fed. R. Civ. P. 59(e) motion. We have reviewed the record and considered the parties' arguments and find no reversible error. Accordingly, we affirm the district court's orders. *Wriglesworth v. McCarthy*, No. 5:18-cv-00339-D (E.D.N.C. Sept. 11, 2019; filed Dec. 12, 2019 & entered Dec. 13, 2019); *see* Fed. R. Civ. P. 52(a)(3) ("The court is not required to state findings or conclusions when ruling on a motion under [Fed. R. Civ. P.] 12[.]"). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*